# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                        Case No.: 2:09−bk−17735−CGC

    HELEN ELIZABETH ANDREULA          Chapter: 13
    1412 E MARCONI AVE
    PHOENIX, AZ 85022
    **SSAN:** xxx−xx−9782
    **EIN:**

    FILIPPO ANDREULA
    1412 E MARCONI AVE
    PHOENIX, AZ 85022
    **SSAN:** xxx−xx−5708
    **EIN:**

Debtor(s)

## ORDER DISMISSING CASE AS TO HELEN ELIZABETH ANDREULA ONLY

---

☑ The debtor having failed to appear and be examined at the meeting of creditors and notice of the proposed dismissal having been given to all creditors in the Notice for Meeting of Creditors;

☐ The trustee having moved to dismiss the above−captioned case as to the above named dismissed party only;

☐ The debtor(s) having moved to dismiss this case as to the above named dismissed party only; or

☐ The debtor having failed to file a verified Statement of Social Security Number.

    **IT IS HEREBY ORDERED** that the above−captioned case be dismissed as to HELEN ELIZABETH ANDREULA only.

    NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** October 22, 2009                    BY THE COURT

**Address of the Bankruptcy Clerk's Office:**       HONORABLE Charles G. Case II
U.S. Bankruptcy Court, Arizona                United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov